IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT A. MURPHY, IV, Individually and on behalf of a class of all persons and entities similarly situated<br>　　　　Plaintiffs<br><br>v.<br><br>PR.BUSINESS, LLC (d.b.a. Onboarding Alexa and Alexa Signup) and YEXT<br>　　　　Defendants | No.: 2:19-cv-04909 |

### STIPULATION TO DISMISS

It is hereby stipulated by and between the undersigned parties that Plaintiff hereby dismisses his individual claim with prejudice and the putative class claims against Defendants without prejudice.

**FREIWALD LAW, P.C.**                                   **WHITE & CASE LLP**

_____                         _____
GLENN A. ELLIS, ESQUIRE                                 BRYAN MERRYMAN, ESQUIRE
Counsel for Plaintiffs                                  Counsel for Defendants

Date: 5/20/20                                           Date: May 20, 2020