# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT A. MURPHY, IV, *Individually and on behalf of a class of all persons and entities similarly situated*<br>         Plaintiff<br>    v.<br>PR.BUSINESS, LLC,<br>*d/b/a Onboarding Alexa and Alexa Signup, et al.*<br>         Defendants | CIVIL ACTION<br><br>No. 19-4909 |

## ORDER

AND NOW, this 28th day of May, 2020, upon consideration of the stipulation of dismissal (Doc. No. 15), it is **ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE